NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ANNKEISHA FOSTER,         )
                                   )
        Appellant,        )
                                   )
v.                             )        Case No. 2D17-4322
                                   )
STATE OF FLORIDA,        )
                                   )
        Appellee.         )
_____ )

Opinion filed April 25, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; William Sites, Judge.


PER CURIAM.


        Affirmed.


KHOUZAM, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.